Conviction for selling whisky; punishment, one year in the penitentiary.

We find in the record no bills of exception complaining of any matter of procedure. The indictment fully charges the offense. The charge of the court seems to correctly submit the law applicable.

The testimony is apparently clear and plain and shows a sale of whisky by appellant to the party named in the indictment as the purchaser. Appellant testified and admitted that he was present when said party came to appellant's home looking for whisky. Appellant admitted that he procured the whisky and delivered it to said party. His only defense is that he was not the original seller but acted as a go-between. The jury have settled this issue against appellant.

Finding no error in the record, the judgment will be affirmed.

MORROW, P. J., absent.

## Valentino RODRIGUEZ v. STATE.
### No. 17713.

Court of Criminal Appeals of Texas.
May 22, 1935.

E. B. Elfers and Sydney Smith, both of El Paso, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is murder; the punishment, confinement in the penitentiary for twenty-five years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

MORROW, P. J., absent.

## Ramon TORREZ v. STATE.
### No. 17671.

Court of Criminal Appeals of Texas.
May 22, 1935.

Tom Newton, Jr., and Van H. Archer, both of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of murder, and his punishment was assessed at confinement in the state penitentiary for a term of five years.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

MORROW, P. J., absent.